Matter of Hess

2026 NY Slip Op 02563

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF THE ESTATE OF JANET HESS, ALSO KNOWN AS JANET ELAINE HESS, DECEASED. -------------------------------------------- BARRETT HESS, PETITIONER-APPELLANT, JENNIFER HESS, ADAM HESS AND EPHRAIM HESS, RESPONDENTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

287 CA 24-02071

Present: Whalen, P.J., Bannister, Montour, Greenwood, And Hannah, JJ.

PHILLIPS LYTLE LLP, BUFFALO (AMANDA L. LOWE OF COUNSEL), FOR PETITIONER-APPELLANT.

HODGSON RUSS LLP, ALBANY (MICHAEL D. ZAHLER OF COUNSEL), FOR RESPONDENT-RESPONDENT JENNIFER HESS.

LIPPES MATHIAS LLP, BUFFALO (COURTNEY DONAHUE TASNER OF COUNSEL), FOR RESPONDENTS-RESPONDENTS ADAM HESS AND EPHRAIM HESS.

Appeal from an order of the Surrogate's Court, Chautauqua County (Stephen W. Cass, S.), entered December 4, 2024. The order granted the motion of respondents to dismiss the probate petition and dismissed the petition.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed with costs for reasons stated in the decision by the Surrogate.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court